CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 0 2 2008

JOHN F. CORCORAN, CLERK
BY: _____
            DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## Western District of Virginia

UNITED STATES OF AMERICA

V.

MUHANNAD HAFI

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)** - Short Form
CASE NUMBER: DVAW508PO000019-001
CASE NUMBER:
USM NUMBER:

_____
Defendant's Attorney

## THE DEFENDANT:

☐ THE DEFENDANT pleaded guilty to count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.21(c) | Speeding 57 mph in a 35 mph zone | 11-03-07 | 1 |

☒ Count(s) _____ One _____ is   dismissed on the motion of the United States pursuant to Rule 48(a).

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court.

| | Fine | Processing Fee |
|---|---|---|
| **Total:**      $ | $ | $ |

Defendant's Soc. Sec. No.:   8669

Defendant's Date of Birth:   1974

Defendant's Residence Address:

Washington, DC 20007

Defendant's Mailing Address:

Washington, DC 20007

4/1/2008
Date of Imposition of Judgment

_____
Signature of Judge

B. Waugh Crigler, United States Magistrate Judge
Name and Title of Judge

4/2/2008
Date